JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANGEL GABRIEL TORRES ,

Plaintiff,

vs.

FRANK BISIGNANO
Commissioner of Social Security,

Defendant.

No. 2:26-cv-07693-SK

~~[PROPOSED]~~ JUDGMENT

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: November 25, 2026

HON. STEVE KIM
United States Magistrate Judge